**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| **MARK SOMMER, on behalf of himself and others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CLEANCHOICE ENERGY, INC.**<br><br>**Defendant.** | **Civil Action No. 24-11844-NMG** |

**ORDER**

**GORTON, J.**

Joint motion for extension of deadlines (Docket No. 83) is allowed, in part, and denied, in part. Deadlines are extended as requested through May 14, 2027, hearing on class certification: Thursday, May 27, 2027, at 3:00 P.M.; dispositive motions to be filed: August 31, 2027; oppositions: September 30, 2027; final pretrial conference: Thursday, January 13, 2028; jury trial: Tuesday, January ~~19~~ 18, 202~~7~~8; there will be no further extensions of time.

**So ordered.**

Nathaniel M. Gorton
Senior United States District Judge

Dated: June 29, 2026