**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**MARK SOMMER**, on behalf of himself and all others similarly situated,

Plaintiff,

v.

**CLEANCHOICE ENERGY, INC.**,

Defendant.

Civil Case No. 24-CV-11844-NMG

**PLAINTIFF'S AMENDED RULE 30(b)(6) NOTICE OF DEPOSITION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30(b)(6), the deposition upon oral examination of CleanChoice Energy, Inc. ("CleanChoice") shall commence at 9:00 am EST on Augst 11, 2026. The examination will be conducted at The Westin Washington, D.C. City Center, 1400 M Street NW, Washington, District Of Columbia, USA, 20005. The deposition will be recorded stenographically and by video.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant is directed to designate one or more employees or other persons who will testify on its behalf regarding the subject matter listed in **Exhibit A** by **ten days prior to the deposition**. Please set forth, for each person designated, the matters on which the person will testify. If Defendant designates more than one person to testify concerning the subject matters listed on Exhibit A, then the deposition of such additional designees shall proceed consecutively after the conclusion of each deposition unless otherwise

agreed. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

Dated: July 10, 2026
White Plains, New York

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
By: *s/ D. Greg Blankinship*
D. Greg Blankinship
1 North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3281
Fax: (914) 824-1561
gblankinship@fbfglaw.com

**WITTELS MCINTURFF PALIKOVIC**
J. Burkett McInturff
305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007
Tel: (914) 775-8862
Fax: (914) 775-8862
jbm@wittelslaw.com

*Attorneys for Plaintiff and the Proposed Class*

**EXHIBIT A**

1. All personnel involved in setting variable rates, fixed rates, introductory rates, or promotional rates for CleanChoice electricity customers in Massachusetts, including: the identification and description of such personnel; the identification and description of all departments, divisions, teams, or groups within which such personnel work; the identification and description of all of the persons to whom such personnel report and the persons who report to such personnel; and the job titles and responsibilities of such personnel.

2. All policies, procedures, and practices by which variable rates, fixed rates, introductory rates, or promotional rates for CleanChoice customers in Massachusetts are set, determined, or calculated, including all factors, variables, items, or materials considered when setting such rates, and all factors that affect such rates.

3. The costs that are the basis for CleanChoice's monthly variable rates in Massachusetts, including variations in variable rates, and identification of all cost inputs, documents or data that identify or track such costs, the calculations that show how those costs impact each variable rate, and the differences, if any, between CleanChoice's actual and anticipated costs. For the avoidance of doubt, this Topic includes the acquisition and use of RECs.

4. The margins that are the basis for CleanChoice's monthly variable rates in Massachusetts, including variations in those variable rates, how and why those margins were determined, identification of each variable rate's margin, and documents or data that identify or track such margins, the calculations that show how those margins impact each variable rate, and the differences, if any, between CleanChoice's actual and anticipated margins.

5. The relationship between the rates that CleanChoice can or does charge for promotional, fixed, and/or variable rates and CleanChoice's promise that customers who enroll

with CleanChoice will get 100% clean pollution free energy, and any studies, analysis, or reports regarding that relationship.

6. The relationship between the rates that CleanChoice can or does charge for promotional, fixed, and/or variable rates and CleanChoice's purchases of renewable energy credits for its customers in Massachusetts, and any studies, analysis, or reports regarding that relationship.

7. The manner and means by which the electricity CleanChoice sells to its customers in Massachusetts is purchased, the sources from which such purchases are made, and all documents and data that identify or track such purchases.

8. The personnel involved in purchasing the electricity sold to CleanChoice customers in Massachusetts, including: the identification and description of such personnel; the identification and description of all departments, divisions, teams, or groups within which such personnel work; the identification and description of all of the persons to whom such personnel report and the persons who report to such personnel; and the job titles and responsibilities of such personnel.

9. The personnel involved in marketing and selling electricity to customers in Massachusetts, including: the identification and description of such personnel; the entity that employs such personnel; the identification and description of all departments, divisions, teams, or groups within which such personnel work; the identification and description of all of the persons to whom such personnel report and the persons who report to such personnel; and the job titles and responsibilities of such personnel.

10. All policies, procedures, and practices concerning CleanChoice's marketing and sales of electricity in Massachusetts.

11. All policies, procedures, and practices concerning CleanChoice's distribution of form communications such as enrollment forms, welcome letters and terms of service to prospective purchasers of CleanChoice's electricity in Massachusetts, including the "Clean Energy Authorization Form," "Contract Summary," "terms sheet," and all versions of the "Frequently Asked Questions About Switching to Clean Energy" form.

12. The representations CleanChoice makes to prospective customers in Massachusetts regarding the environmental impact or attributes (including source) of CleanChoice's energy supply, including any variations in the language used in such representations over time or across regions, how that language was selected, and how CleanChoice understands that language or variations in that language.

13. The identification of any third parties (e.g., vendors or contractors) that may have relevant information, including vendors or contractors that: make third party verification calls when new customers enroll with Defendant; that provide sales agents who market Defendant's services in Massachusetts; or that that provide customer service personnel to Defendant.

14. Whether CleanChoice provides 100% renewable energy to its customers in Massachusetts, and if so how.

15. How CleanChoice purchases renewable energy credits ("RECs") in Massachusetts, including from whom, the type of RECs CleanChoice buys and why it purchases those types, how CleanChoice determines the amount of RECs to purchase, how CleanChoice tracks when RECs are retired and how many RECs should be retired in relation to the amount of electricity it sells customers, whether and how CleanChoice attributes or allocates RECs or retirement of RECs to specific customers or groups of customers, the documents and data

CleanChoice uses or possesses that reflects its REC transactions and requirements, the amount of markup or margin CleanChoice collects or charges customers for its purchase of RECs.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, I caused to be a true and correct copy of the foregoing to be served via email to all counsel of record as follows:

Michael D. Matthews, Jr.
Diane S. Wizig
Netra Sreeprakash
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
matt.matthews@mhllp.com
diane.wizig@mhllp.com
netra.sreeprakash@mhllp.com

*/s/ D. Greg Blankinship*
D. Greg Blankinship