**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **MARK SOMMER**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CLEANCHOICE ENERGY, INC.**,<br><br>Defendant. | Civil Case No. 24-11844-NMG |

**REPLY DECLARATION OF J. BURKETT MCINTURFF IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO SUPPLEMENT ITS PRIVILEGE LOG TO COMPLY WITH RULE 26(B)(5)(A)**

J. Burkett McInturff, an attorney duly admitted to practice in New York,[1] declares the following under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am a partner at Wittels McInturff Palikovic, which along with Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, is Counsel for Plaintiff Mark Sommer and the proposed Class. Based on my active participation in and supervision of all material aspects of the prosecution of this class action against Defendant CleanChoice Energy, Inc. ("Defendant" or "CleanChoice"), I have personal knowledge of the matters set forth herein.

2. I make this Declaration in further support of Plaintiff's Motion to Compel Defendant to Supplement Its Privilege Log to Comply with Rule 26(b)(5)(A), to authenticate the attached exhibits referenced in the accompanying Memorandum of Law, and to substantiate certain additional facts.

---

[1] My application to appear *pro hac vice* in this matter was approved by the Court on December 23, 2024. *See* Electronic Order, ECF No. 36.

## I. Facts Set Forth In Plaintiff's Memorandum of Law

3. In a weekly marketing email from CleanChoice's CMO to its CEO and six sales and marketing executives, with no lawyer even copied, one bullet in a list of "notable updates" is redacted; nothing says who the redacted words came from or why they are privileged. CC-Sommer-00059750. The sender is Christy Bumpers, the recipients are Tom Matzzie, Tom Crowder, John Burke, Tory Harding, Laurie Cordova, Anthony Hoang, and Paul St. Louis. The email is dated February 16, 2021.

4. In a 219-page marketing deck produced with no author, recipients, or transmitting email, one cell in a table is redacted with no indication of who wrote the slide, let alone the cell. CC-Sommer-00071086, at 71141. The metadata does not reveal any author or recipient.

5. A comment on a shared document from a marketing employee to a third-party vendor begins with noting which change was made to the marketing material and the rest is redacted; the page shows one external recipient and nothing about who else could see it. CC-Sommer-00065726. The sender is Shannon Williams, the recipient is Bruno Pavcevic. The email is dated April 12, 2024.

## II. Authenticating Documents

6. Attached to this Declaration as **Exhibit C** is a true and correct copy of Defendant's privilege log as produced on September 30, 2026.

I declare under penalty of perjury that the foregoing is true to the best of my information and belief.

Dated: New York, New York
October 26, 2026

Respectfully submitted,

/s/ J. Burkett McInturff
J. Burkett McInturff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, the foregoing was served via ECF on all counsel of record.

By: /s/ J. Burkett McInturff
J. Burkett McInturff